UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------X
                                                   :
In re:                                             :    Chapter 7
                                                   :
BLACK STONE CONSTRUCTION                           :    Case No. 08-51073 AHWS
GROUPS, INC.,                                      :
            Debtor                                 :
---------------------------------------------------X    December 22, 2010

REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

__X__   The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

_____   More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED:      December 22, 2010.

                                                   _____
                                                   Richard M. Coan, Trustee (ct06376)
                                                   Coan, Lewendon, Gulliver
                                                   & Miltenberger, LLC
                                                   495 Orange Street
                                                   New Haven, CT 06511
                                                   Telephone: (203) 624-4756
                                                   Facsimile: (203) 865-3673
                                                   rcoan@coanlewendon.com

# EXHIBIT A

Case Name:   Blackstone Construction Group, Inc.

Case Number:   08-51073 AHWS

| Name and Address | Claim No. | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Handy House, Inc.<br>P.O. Box 9131<br>Foxboro, MA 02241-3894 | 7 | $ 4.49 | $ 4.49 | $ N/A |
| Landserv, Inc.<br>53 Larkin Street<br>Stamford, CT 06907 | 8 | $ 4.39 | $ 4.39 | $ N/A |
| Nordic Stove & Fire Place Center<br>220 Harvard Avenue<br>Stamford, CT 06902 | 16 | $ .99 | $ .99 | $ N/A |
| Williams Scotsman, Inc.<br>8211 Town Center Drive<br>Baltimore, MD 21236 | 20 | $ 4.94 | $ 4.94 | $ N/A |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 14.81 | $ N/A |